UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:99-CR-105-HDM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LEIGH ANNE MICHELL ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#12), sentencing held on January 31, 2000. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $50,000.00

Name of Payee: ST PAUL TRAVELERS CASUALTY & SURETY
Amount of Restitution: $95,323.08

**Total Amount of Restitution ordered: $145,323.08**

Dated this _14th_ day of March 2019.

_____
UNITED STATES DISTRICT JUDGE